EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2008 TSPR 76 |
|---|---|
| Ferdinand Ramos Faure | 174 DPR \_\_\_\_ |

Número del Caso: TS-10,255

Fecha: 9 de mayo de 2008

Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Baja voluntaria del ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

                                    TS-10,255

Ferdinand Ramos Faure


                        RESOLUCIÓN

San Juan, Puerto Rico, a 9 de mayo de 2008

    Vista la Moción Solicitando la Renuncia
Voluntaria del ejercicio de la abogacía
presentada por el Lcdo. Ferdinand Ramos Faure el
10 de diciembre de 2007, así como la Moción en
Contestación a Resolución presentada por el
Colegio de Abogados el 14 de febrero de 2008,
expresando no tener objeción a dicha renuncia,
se autoriza al Lcdo. Ferdinand Ramos Faure a
darse de baja voluntaria de dicha institución.

    Lo acordó el Tribunal y certifica la
Secretaria del Tribunal Supremo. El Juez
Presidente señor Hernández Denton no intervino.



                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo